BOND, *Treasurer of Atoka County, et al.* v. WATSON *et al.*

No. 4508. Opinion Filed March 11, 1913.

(130 Pac. 933.)

**APPEAL AND ERROR—Case-Made—Preparation—Service—Time—Extension.** Appeal dismissed for failure to serve case-made in time.

(Syllabus by the Court.)

*Error from District Court, Atoka County;*
*Robt. M. Rainey, Judge.*

Action between Henry J. Bond, as Treasurer of Atoka County, and the Board of County Commissioners of such county, and Pete Watson and another. From a judgment in favor of the latter, the former bring error. Dismissed.

*J. W. Jones,* Co. Atty., *I. L. Cook,* and *W. S. Farmer,* for plaintiffs in error.

*J. G. Ralls,* for defendants in error.

KANE, J. This cause comes on to be heard upon a motion to dismiss the appeal, upon the ground, among others, that "the judgment in the trial court from which this appeal is prosecuted

was rendered on the 8th day of May, 1912, and the plaintiffs in
error were given 90 days' extension of time in which to prepare
and serve case-made upon the defendants in error, and the plain-
tiffs in error failed to serve case-made upon these defendants
in error within said 90 days, but, without notice to these defend-
ants in error, they did, on the 8th day of August, 1912, secure
an order from the trial judge extending the time 60 days from the
8th day of August, 1912; but at the time said extension was
granted the 90 days previously granted had expired, and the
order of the court entered on the 8th day of August, 1912, being
after the 90 days had expired, rendered all extensions of time a
nullity." This is a sufficient ground for dismissal.

The motion to dismiss must therefore be sustained.

WILLIAMS, DUNN, and TURNER, JJ., concur; HAYES,
C. J., absent, and not participating.